UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| VAN ALLEN LOVE, | } |
| Plaintiff, | } |
| v. | } Case No.: 1:15-cv-00228-RDP-HGD |
| WILLIAM T. TAYLOR, Warden, | } |
| Defendants. | } |

### MEMORANDUM OPINION

On July 1, 2014, the Magistrate Judge's Report and Recommendation (Doc. # 6) was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the Magistrate Judge. No objections were filed.

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court hereby **ADOPTS** the Report of the Magistrate Judge. The court further **ACCEPTS** the recommendations of the Magistrate Judge that the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 be denied.

A separate order in accordance with this Memorandum Opinion will be entered.

**DONE** and **ORDERED** this August 11, 2015.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE